EXHIBIT 1



**PROJECT LOCATION**
891 Larkspur Court
Louisville, CO 80027

# DESIGN SERVICES CONTRACT

This Design Services contract is made and entered into this 4th day of June, 2024 by and between **Todd and Sheridan Budin** ("Owners") and **Joubert Development, Inc.** dba Joubert Homes ("Contractor") for a new single-family residence (the Project) at the address referenced above.

# SCOPE OF WORK

The project shall be executed in the following sequential phases:

1. Schematic Design
2. Design Development & Design Review Submittal
3. Construction Documents & Building Permit Submittal
4. Construction Budget Development

# TASKS AND DELIVERABLES

**1. SCHEMATIC DESIGN**

- Review client program, site plan, geotechnical reports and local zoning and building ordinances pertaining to the client site, project goals and requirements.
- Explore and develop scheme(s) that comply with client's stated design & performance goals (Programming Memo).
- Consider building shape, massing, roof geometry and preliminary 3D models.
- Develop interior space allocation, room relationships, functional flow.
- Meet with clients to review preliminary options.
- Revise and refine preliminary options based on client feedback (2-3 meetings).
- Refine clients 'preferred design selection and obtain signed approval from clients to proceed to Design Development Phase.

## 2. DESIGN DEVELOPMENT

- Refine design approved by Clients and develop assemblies and details in preparation for design approval submittal to local permitting agency.
- Develop interior and exterior finish schematics.
- Develop schematic structural and mechanical systems designs to ensure the home meets performance targets.
- Client meetings to review design development (2-3 meetings).
- Revise and update the estimated construction costs based on the fully developed design, including full mechanical and electrical plans and details.

## 3. CONSTRUCTION DOCUMENT DEVELOPMENT AND PERMIT SUBMITTAL

- Prepare a comprehensive set of drawings for submittal to the local Planning Department or Design Review Board to obtain required approval to proceed to Building Permit stage.
- Engage Structural Engineer to develop required structural plans, details and calculations.
- Refine all architectural floor, wall, roof assemblies specification and details
- Develop detailed floor plans, elevations and sections.
- Develop Mechanical Systems design: ventilation, heating, cooling, hot water distribution (outside consultant).
- Develop electrical and lighting plan and lighting schedule.
- Coordinate floor and roof truss plans with manufacturer (as required).
- Develop window and door schedules and details.
- Coordinate detailed kitchen design and cabinet layout.
- Coordinate detailed bathroom design and cabinet layout.
- Green Rating Plan and Checklist (as required).
- Energy modeling as required by code (outside consultant).
- Regular client meetings meetings to review selections.
- Prepare a comprehensive set of construction plans for submittal by client or client's contractor to the local Building Department in order to obtain a Building Permit.
- Coordinate, review and complete plan check comments and revisions as required.

## 4. CONSTRUCTION BUDGET DEVELOPMENT

- Monitor and contribute to the project design to ensure the final construction budget aligns with the client's financial goals.
- Present value engineering options as needed.

- Development of the Preliminary Budget for the project
- Consult with design team on constructability best practices.
- The target budget for the construction is $890,000 based upon the information provided to date by the clients.

## **CONSULTANTS**

The Designer Builder shall directly engage and coordinate all work by outside consultants, as required to complete the design and documentation of this project. These will include:

- Structural Engineer
- Mechanical Engineer
- Energy Consultant
- Other consultants as required or deemed necessary by Designer Builder

## **INFORMATION GATHERING AND CLIENT RESPONSIBILITIES**

Requirements may vary depending on jurisdiction and requirements of each jurisdiction. Depending upon the nature of the project, Clients may be requested to provide one or more of the following:

- Property survey by a licensed surveyor or civil engineer, documentation showing location of all existing improvements, land features, all below-grade utilities, pipes, and topography.
- Geotechnical report by licensed soils engineer.
- Copy of County tax assessor's property file. This file may provide permit history and simple drawings of recorded improvements, which may reduce cost of preparing required as-built drawings.
- Assessor's parcel map.
- Legal description of property.
- CC&Rs (covenants, codes, and restrictions) if recorded against or binding upon property. Information on any unrecorded agreements Clients may have made with other property owners regarding Clients 'property.

## DESIGN FEE SUMMARY

| | |
|---|---|
| Schematic Design | $ 8,000 |
| Design Development | $ 10,000 |
| Construction Documents and Budget development | $ 17,000 |
| Structural Engineer (estimate) | $ 12,000 |
| Mechanical Engineer (estimate) | $ 3,500 |
| Energy Consultant (HERS rater) | $ 1,500 |
| **TOTAL:** | **$ 52,000** |

Any work done outside the Scope of Work or beyond the dwelling described in the Programming Memo shall be subject to additional fees based on an estimate to be provided.

## GENERAL CONDITIONS

INDEMNIFICATION AND RELEASE OF LIABILITY: Clients agree to limit Designer Builder liability for design work under this Agreement to the actual amount of damages suffered, or the amount of compensation paid under this Agreement for design work, whichever is less.

COPYRIGHT AND OWNERSHIP OF DOCUMENTS: The documents comprising the work are instruments of design services provided by the Designer Builder and the property of Joubert Development, are covered by federal copyright laws, and may not be reused without written authorization. All promotional images of the project shall reference and credit Joubert Development as the designer.

PROJECT DOCUMENTATION: Designer Builder has the right to document the project during construction and substantially finished before or after decorative elements (furnishing, etc) for the purpose of promotion and education. Designer Builder may take photos and video or retain a third party for media documentation. All professional photographs and video shall be used under the licensing agreement between the two parties.

CLIENT RESPONSIBILITIES: Clients agree to provide Designer Builder with full information as set forth in this Agreement including, but not limited to: objectives, schedule, constraints, budget, site boundaries and survey, hazardous materials data, and criteria for the Project. Designer Builder is not responsible for the accuracy of Client-provided information.

SCHEDULE: Designer Builder and Clients shall mutually determine appropriate schedule for each specific task. Completion of Design Service Contract is subject to both speed of Client decision-making process and Designer Builder ability to rapidly

respond. Response to all communications within five calendar days shall be considered reasonable.

CONTRACTOR:                                    CLIENT:

x_____    x_____

Date: 6/8/24 _____    Date: __6/5/24_____