EXHIBIT 4



# BUDIN RESIDENCE
891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

EXHIBIT 4



BASEMENT FLOOR PLAN
1/4"=1'-0"



# BUDIN RESIDENCE

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

Sheet Title
Basement Plan

Sheet No.
A1.0

stewart



MAIN FLOOR PLAN



## BUDIN RESIDENCE

891 LARKSPUR LANE, LOUISVILLE CO

LOT 4B CORNERSTONE SUBDIVISION

A1.1

Sheet Title
Main Floor Plan







SECOND FLOOR PLAN
1/4"=1'-0"



BUDIN RESIDENCE

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

Sheet Title
Second Floor Plan

Sheet No.
A1.2




stewart



ROOF PLAN
1/4"=1'-0"

ROOF NOTES





**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

Sheet Title
Roof Plan

Sheet No.
A1.3



EAST ELEVATION



SOUTH ELEVATION







Sheet Title
Elevations

A2.0

**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 4B CORNERSTONE SUBDIVISION

stewart



WEST ELEVATION

NORTH ELEVATION



A2.1

Elevations

**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION



stewart

## Window Schedule

| Number | Location | Unit Width (R.O.) | Unit Hgt (R.O.) | Operation | Head Hgt | Sill Hgt | Egress | Tempered | Comments |
|---|---|---|---|---|---|---|---|---|---|

*CONFIRM ALL ROUGH OPENING SIZES

## Door Schedule

| Number | Location | Unit Width | Unit Hgt | Operation | Side Lights | Tempered | Comments |
|---|---|---|---|---|---|---|---|

*CONFIRM ALL ROUGH OPENING SIZES

**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION



stewart



LONGITUDINAL SECTION

CROSS SECTION

### STAIR & GUARDRAIL NOTES

**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

Sheet Title
Section

Sheet No.
A3.0

stewart



**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

Sheet Title
Wall Detail

Sheet No.
A4.0

stewart



WINDOW CORNER DETAIL

WALL PLAN DETAIL

TYPICAL EXTERIOR WALL DETAIL

**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

A4.1

Detail Sheet

stewart



BASEMENT FLOOR LIGHTING PLAN



LEGEND

**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 4B CORNERSTONE SUBDIVISION



Sheet Title
Basement Lighting Plan

Sheet No.
E1.0







MAIN FLOOR LIGHTING PLAN



LEGEND





**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

Sheet Title
Main Floor Lighting
Plan

Sheet No.
E1.1

stewart



SECOND FLOOR LIGHTING PLAN
1/4"=1'-0"



LEGEND





**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 4B CORNERSTONE SUBDIVISION

Sheet Title
Second Floor
Lighting Plan

Sheet No.
E1.2

stewart

# GENERAL NOTES



NOT USED

NOT USED

NOT USED

NOT USED

TYPICAL DRILLED PIER

TYPICAL REINFORCING AT STEP IN TOP OF FOUNDATION WALL (BOTTOM OF WALL IS SIMILAR)

TYPICAL INTERIOR CONCRETE

TYPICAL STEEL COLUMN TO INTERIOR CONCRETE STRUCTURAL SLAB

TYPICAL STEEL COLUMN TO CONCRETE PIER CAP

TYPICAL ANCHOR BOLT IN CONCRETE (OR CMU)

## BUDIN RESIDENCE
891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

integral, inc.

stewart

GENERAL NOTES AND TYPICAL DETAILS

Sheet No.
S0.1



NOT USED

NOT USED

TYPICAL WOOD BEAM TO STEEL BEAM
SADDLE CONNECTION

TYPICAL STEEL BEAM TO STEEL
COLUMN CONNECTION

NOT USED

NOT USED

TYPICAL STEEL BEAM TO WOOD
COLUMN CONNECTION

TYPICAL STEEL BEAM SPLICE
CONNECTION

NOT USED

NOT USED

NOT USED

TYPICAL STEEL BEAM TO STEEL BEAM
CONNECTION

NOT USED

NOT USED

NOT USED

NOT USED

NOT USED

NOT USED

NOT USED

NOT USED

**BUDIN RESIDENCE**
891 LARKSPUR LANE, LOUISVILLE CO
LOT 48 CORNERSTONE SUBDIVISION

Sheet Title:
TYPICAL DETAILS

Sheet No.
S0.2

integral, inc.

stewart



FOUNDATION PLAN





**BUDIN RESIDENCE**
891 LARKSPUR LANE, LOUISVILLE CO
LOT 48 CORNERSTONE SUBDIVISION





FOUNDATION
PLAN

S1.1



MAIN FLOOR FRAMING PLAN








**BUDIN RESIDENCE**
891 LARKSPUR LANE, LOUISVILLE CO
LOT 48 CORNERSTONE SUBDIVISION

MAIN FLOOR FRAMING PLAN

S1.2



**ROOF FRAMING PLAN**








**BUDIN RESIDENCE**
891 LARKSPUR LANE, LOUISVILLE CO
LOT 48 CORNERSTONE SUBDIVISION

Sheet Title
ROOF
FRAMING
PLAN

S1.4



**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

S2.1

FOUNDATION SECTIONS



NOT USED
NOT USED
NOT USED
NOT USED
NOT USED
NOT USED
NOT USED
NOT USED
NOT USED
NOT USED

**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

FOUNDATION
SECTIONS

S2.2



**BUDIN RESIDENCE**

891 LARKSPUR LANE, LOUISVILLE CO

LOT 48 CORNERSTONE SUBDIVISION

S2.3



**BUDIN RESIDENCE**
891 LARKSPUR LANE, LOUISVILLE CO
LOT 48 CORNERSTONE SUBDIVISION

NOT USED

NOT USED

**BUDIN RESIDENCE**
891 LARKSPUR LANE, LOUISVILLE CO
LOT 48 CORNERSTONE SUBDIVISION

integral, inc.

stewart

Sheet No.
S2.5