



891 Larkspur
Louisville, CO
09/26/2025